IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FEDEX CORPORATE SERVICES, INC., | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 21-175-CFC |
| ROAMBEE CORP., | ) ) | |
| Defendant. | ) ) | |

**JOINT CLAIM CONSTRUCTION CHART**

Pursuant to the Scheduling Order entered on July 1, 2021, the parties respectfully submit the attached Joint Claim Construction Chart, addressing the claim construction positions of the parties regarding U.S. Patent Nos. 7,623,033 ("the '033 patent"), U.S. Patent No. 8,766,797 ("the '797 patent"), U.S. Patent No. 9,182,231 ("the '231 patent"), U.S. Patent No. 9,974,042 ("the '042 patent"), U.S. Patent No. 10,305,744 ("the '744 patent"), and U.S. Patent No. 10,313,199 ("the '199 patent") (collectively, the "Asserted Patents").

The parties agree that any terms in the asserted claims of the Asserted Patents that do not appear in the Joint Claim Construction Chart below are not in dispute and thus do not require construction by the Court. The parties reserve the right to rely on additional intrinsic evidence to the extent it is necessary to provide additional context or to rebut arguments made during the claim construction briefing. The parties further reserve the right to rely on any intrinsic evidence identified by any

{01772217;v1 }

other party. The parties reserve the right to update and/or supplement their proposed claim constructions with the Markman briefing in this case.

The parties intend to rely on intrinsic evidence, including the Asserted Patents, the specifications of the Asserted Patents, the claims of the Asserted Patents, the file histories of the Asserted Patents, and patent and applications to which the Asserted Patents claim priority or which claim priority to the Asserted Patents. The parties also reserve the right to rely on extrinsic evidence and/or expert declaration or testimony in support of their proposed constructions or to rebut the other party's arguments and/or any expert declaration or testimony submitted by the other party.

| ASHBY & GEDDES | HEYMAN ENERIO GATTUSO & HIRZEL LLP |
|---|---|
| */s/ Andrew C. Mayo* <br> Steven J. Balick (#2114) <br> Andrew C. Mayo (#5207) <br> 500 Delaware Avenue, 8th Floor <br> P.O. Box 1150 <br> Wilmington, DE 19899 <br> (302) 654-1888 <br> sbalick@ashbygeddes.com <br> amayo@ashbygeddes.com <br><br> *Attorneys for Plaintiff FedEx Corporate Services, Inc.* | */s/ Dominick T. Gattuso* <br> Dominick T. Gattuso (#3630) <br> 300 Delaware Avenue, Suite 200 <br> Wilmington, DE 19801 <br> (302) 472-7311 <br> Facsimile:  (302) 472-7300 <br> dgattuso@hegh.law <br><br> *Attorneys for Defendant Roambee Corp.* |

Dated:  February 16, 2022

## CONTESTED CONSTRUCTIONS

| Claim Term | Affected Patent(s) | Plaintiff's Proposed Construction, Intrinsic Evidence | Defendant's Proposed Construction, Intrinsic Evidence |
|---|---|---|---|
| "associate" | '033 Patent<br><br>'797 Patent<br><br>'231 Patent<br><br>'042 Patent | **Proposed Construction**: Plain and ordinary meaning; *e.g.*, to relate, correspond, or connect<br><br>**Supporting Intrinsic Evidence**:<br>*See, e.g.*, '033 patent at Abstract, 1:39-50, 2:8-22, 3:2-11, 3:46-4:5, 4:24-35, 4:57-5:16, 5:27-34, 6:1-5, 6:35-42, 6:61-7:8, 7:25-33, 7:44-55, 7:60-8:3, 8:25-9:38, 10:16-11:36, 12:14-47, 14:50-15:46, Figures 1, 3, 5-7; Amendment dated April 8, 2009 (U.S. Application No. 11/453,868);<br><br>'797 patent at Abstract, 1:51-61, 3:42-65, 4:52-56, 5,19-30, 5:58-64, 6:7-20, 6:38-47, 9:22-32, 12:36-53, 14:27-15:6, 16:5-15, 17:42-60, 19:1-40, 19:50-20:9, 20:18-29, Figures 1, 4;<br><br>'231 patent at Abstract, 1:63-2:8, 2:53-3:5, 11:32-12:28, 13:45-14:3, 14:35-46, 24:56-67, 30:13-26, 34:12- | **Proposed Construction**: To actively join<br><br>**Supporting Intrinsic Evidence**:<br>*See, e.g.*, '042 patent, 23:5-13; 37:19-39. |

| | | | |
|---|---|---|---|
| | | 38, 36:50-62, 38:50-67, 39:1-16, 39:46-62, 40:56-67, 43:4-21, 56:57-67, 80:49-56, 81:45-56, 93:64-94:13, 118:39-64, 198:10-31, 416:65-67, 417:56-59, Figures, 2-5, 18-21, 23-25, 29-31, 35-36, 38-39, 43, 44, 52, 58, 59, 61-66, 68, 70, 72-74, 81, 95, 97, 102-103;<br><br>'042 patent at Abstract, 1:62-2:7, 2:62-3:4, 3:52-59, 4:35-49, 4:54-62, 5:8-20, 5:34-41, 5:46-52, 5:63-6:2, 6:36-39, 6:61-7:, 7:12-36, 7:41-45, 7:55-58, 7:63-8:10, 8:41-45, 9:58-60, 9:64-67, 10:18-25, 10:64-11:4, 11:25-29, 11:41-62, 13:24-27, 14:4-38, 16:53-17:17, 19:22-32, 22:29-38 23:4-24:16, 24:38-58, 25:4-9, 26:49-54, 27:50-62, 30:9-45, 34:12-38, 36:57-37:18, 37:40-58, 38:51-40:38, 41:4-47:9, 47:24-48:56, 59:22-31, 60:58-67, 63:20-64:34, 64:63-65:8, 65:28-38, 79:33-46, 82:1-83:9, 83:52-87:16, 87:63-88:54, 89:3-50, 90:13-17, 90:38-45, 91:4-6, 91:13-21, 91:30-92:50, 95:34-58, 96:24-63, 97:10-22, 107:17-28, 108:49-53, 110:1-9, 112:41-42, 112:48-60, 121:10-15, 129:20-37, 138:22-38, | |

| | | | |
|---|---|---|---|
| | | 140:55-141:9, 142:5-38, 144:24-46, 145:21-39, 145:62-146:8, 147:17-30, 151:317, 154:35-61, 156:25-57, 158:47-160:45, 161:8-163:28, 164:3-12, 167:16-32, 168:23-51, 172:57-173:32, 184:53-58, 193:11-34, 202:59-203:22, 213:5-10, 214:56-61, 218:24-219:10, 232:4-23, 237:44-62, 238:39-55, 242:2-13, 242:44-243:7, 248:5-15, 252:10-254:65, Figures 2-5, 18-21, 23-25, 29-31, 35-36, 38-39, 43, 44, 52, 58, 59, 61-66, 68, 70, 72-74, 81, 95, 97, 102-103; 2014-11-12 Original Application, 2017-04-06 Non-Final Rejection, 2017-10-05 Applicant's Reply. | |
| "association" | '033 Patent<br><br>'042 Patent | **Proposed Construction**: Plain and ordinary meaning; *e.g.*, a relationship, correspondence, or connection<br><br>**Supporting Intrinsic Evidence**: *See, e.g.*, '033 patent at Abstract, 1:39-50, 2:8-22, 3:2-11, 3:46-4:5, 4:24-35, 4:57-5:16, 5:27-34, 6:1-5, 6:35-42, 6:61-7:8, 7:25-33, 7:44-55, 7:60-8:3, 8:25-9:38, 10:16-11:36, 12:14-47, 14:50-15:46, Figures 1, 3, 5-7; Amendment and Response dated | **Proposed Construction**: The active joining of instrumentalities such that they are operative to exchange information between and among them<br><br>**Supporting Intrinsic Evidence**: *See, e.g.*, '033 patent, 4:61-63<br><br>'042 patent, 23:25-31. |

|  |  | April 8, 2009 (U.S. Application No. 11/453,868);<br><br>'042 patent at Abstract, 1:62-2:7, 2:62-3:4, 3:52-59, 4:35-49, 4:54-62, 5:8-20, 5:34-41, 5:46-52, 5:63-6:2, 6:36-39, 6:61-7:, 7:12-36, 7:41-45, 7:55-58, 7:63-8:10, 8:41-45, 9:58-60, 9:64-67, 10:18-25, 10:64-11:4, 11:25-29, 11:41-62, 13:24-27, 14:4-38, 16:53-17:17, 19:22-32, 22:29-38 23:4-24:16, 24:38-58, 25:4-9, 26:49-54, 27:50-62, 30:9-45, 34:12-38, 36:57-37:18, 37:40-58, 38:51-40:38, 41:4-47:9, 47:24-48:56, 59:22-31, 60:58-67, 63:20-64:34, 64:63-65:8, 65:28-38, 79:33-46, 82:1-83:9, 83:52-87:16, 87:63-88:54, 89:3-50, 90:13-17, 90:38-45, 91:4-6, 91:13-21, 91:30-92:50, 95:34-58, 96:24-63, 97:10-22, 107:17-28, 108:49-53, 110:1-9, 112:41-42, 112:48-60, 121:10-15, 129:20-37, 138:22-38, 140:55-141:9, 142:5-38, 144:24-46, 145:21-39, 145:62-146:8, 147:17-30, 151:317, 154:35-61, 156:25-57, 158:47-160:45, 161:8-163:28, 164:3-12, 167:16-32, 168:23-51, 172:57-173:32, 184:53-58, 193:11-34, |  |

| | | | |
|---|---|---|---|
| | | 202:59-203:22, 213:5-10, 214:56-61, 218:24-219:10, 232:4-23, 237:44-62, 238:39-55, 242:2-13, 242:44-243:7, 248:5-15, 252:10-254:65, Figures 2-5, 18-21, 23-25, 29-31, 35-36, 38-39, 43, 44, 52, 58, 59, 61-66, 68, 70, 72-74, 81, 95, 97, 102-103; 2014-11-12 Original Application, 2017-04-06 Non-Final Rejection, 2017-10-05 Applicant's Reply. | |
| "association data" | '033 Patent<br><br>'042 Patent | **Proposed Construction**: Plain and ordinary meaning; *e.g.*, data reflecting a relationship, correspondence, or connection<br><br>**Supporting Intrinsic Evidence**: *See, e.g.*, '033 patent at Abstract, 1:39-50, 2:8-22, 3:2-11, 3:46-4:5, 4:24-35, 4:57-5:16, 5:27-34, 6:1-5, 6:35-42, 6:61-7:8, 7:25-33, 7:44-55, 7:60-8:3, 8:25-9:38, 10:16-11:36, 12:14-47, 14:50-15:46, Figures 1, 3, 5-7; Amendment and Response dated April 8, 2009 (U.S. Application No. 11/453,868);<br><br>'042 patent at Abstract, 1:62-2:7, 2:62-3:4, 3:52-59, 4:35-49, 4:54-62, 5:8-20, 5:34-41, 5:46-52, 5:63-6:2, | **Proposed Construction**: Data reflecting the active joining of instrumentalities such that they are operative to exchange information between and among them<br><br>**Supporting Intrinsic Evidence**: *See, e.g.*, '042 patent, 24:47-52. |

|  |  | |  |
|---|---|---|---|
|  |  | 6:36-39, 6:61-7:, 7:12-36, 7:41-45, 7:55-58, 7:63-8:10, 8:41-45, 9:58-60, 9:64-67, 10:18-25, 10:64-11:4, 11:25-29, 11:41-62, 13:24-27, 14:4-38, 16:53-17:17, 19:22-32, 22:29-38 23:4-24:16, 24:38-58, 25:4-9, 26:49-54, 27:50-62, 30:9-45, 34:12-38, 36:57-37:18, 37:40-58, 38:51-40:38, 41:4-47:9, 47:24-48:56, 59:22-31, 60:58-67, 63:20-64:34, 64:63-65:8, 65:28-38, 79:33-46, 82:1-83:9, 83:52-87:16, 87:63-88:54, 89:3-50, 90:13-17, 90:38-45, 91:4-6, 91:13-21, 91:30-92:50, 95:34-58, 96:24-63, 97:10-22, 107:17-28, 108:49-53, 110:1-9, 112:41-42, 112:48-60, 121:10-15, 129:20-37, 138:22-38, 140:55-141:9, 142:5-38, 144:24-46, 145:21-39, 145:62-146:8, 147:17-30, 151:317, 154:35-61, 156:25-57, 158:47-160:45, 161:8-163:28, 164:3-12, 167:16-32, 168:23-51, 172:57-173:32, 184:53-58, 193:11-34, 202:59-203:22, 213:5-10, 214:56-61, 218:24-219:10, 232:4-23, 237:44-62, 238:39-55, 242:2-13, 242:44-243:7, 248:5-15, 252:10-254:65, Figures 2-5, 18-21, 23-25, 29-31, 35-36, 38-39, 43, 44, 52, 58, 59, 61-66, 68, 70, 72- |  |

| | | | |
|---|---|---|---|
| | | 74, 81, 95, 97, 102-103; 2014-11-12 Original Application, 2017-04-06 Non-Final Rejection, 2017-10-05 Applicant's Reply. | |
| "communicate" | '231 Patent<br><br>'042 Patent<br><br>'744 Patent | **Proposed Construction**: Plain and ordinary meaning; *e.g.*, to provide information<br><br>**Supporting Intrinsic Evidence**: *See, e.g.*, '231 patent at Abstract, 2:53-63, 3:5-25, 4:40-5:20, 5:58-6:1, 7:14-17, 7:53-61, 7:53-64, 8:34-46, 9:1-4, 11:1-20, 11:57-15:45, 17:55-21:15, 25:13-27:4, 29:4-29:44, 30:13-26, 31:3-52, 35:64-36:41, 36:50-41:12, 47:39-48:9, 53:18-29, 70:16-72:12, 73:39-44, 78:17-30, 79:11-39, 81:53-56, 83:53-84:3, 87:52-64, 89:42-63, 92:37-54, 95:43-49, 96:46-65, 97:60-67, 99:1-8, 104:40-54, 106:36-47, 107:11-33, 108:36-48, 110:13-26, 114:3-13, 117:50-56, 118:10-26, 118:39-43, 120:32-36, 129:10-24, 139:53-140:3, 142:55-62, 152:45-154:55, 158:23-42, 167:24-23, 169:24-60, 171:1-27, 171:50-172:2, 172:21-41, 191:53-192:2, 201:35-59, 203:7-36, 211:20-212:17, | **Proposed Construction**: Bidirectionally and directly interact or exchange information<br><br>**Supporting Intrinsic Evidence**: *See, e.g.*, '042 patent -18:30-34. |

| | | | |
|---|---|---|---|
| | | 214:39-46, 214:31-34, 222:26-54, 228:33-64, 232.38-57, 236:56-237:4, 240:44-58, Figures 7, 8-12, 31, 53, 61-63, 72-74, 79, 80; <br><br> '042 patent at Abstract, 2:53-61, 3:5-26, 3:63-4:19, 5:15-20, 6:40-43, 7:11-15, 7:12-23, 7:63-8:10, 8:32-35, 10:33-52, 11:11-15:16, 17:31-20:62, 21:15-41, 25:4-26:54, 28:64-29:9, 30:9-23, 30:67-31:10, 36:1-48, 36:57-41:27, 47:62-48:34, 53:51-63, 71:18-72:18, 74:44-49, 79:33-46, 80:29-57, 83:1-9, 85:16-20, 89:13-25, 91:7-29, 94:4-22, 97:16-22, 98:20-39, 99:34-41, 100:43-50, 106:45-59, 108:44-55, 109:20-42, 110:47-59, 112:27-40, 116:25-34, 120:9-16, 120:37-53, 120:66-121:3, 122:62-66, 131:54-67, 142:46-63, 145:55-61, 155:61-158:27, 162:4-23, 171:21-172:22, 173:24-174:62, 175:4-30, 175:53-176:6, 176:26-46, 196:36-54, 206:58-207:15, 208:33-64, 217:6-31, 219:58-65, 220:60-67, 227:56-228:18, 234:5-36, 238:19-38, 242:44-60, 246:41-55, 252:10-254:65, Figures 7, 8-12, 31, 53, 61-63, 72-74, 79, 80; | |

| | | | |
|---|---|---|---|
| | | '744 patent at Abstract, 3:46-67, 4:22-40, 4:61-5:12, 8:27-46, 9:13-41, 10:53-11:3, 11:4-14, 11:41-48, 16:34-45, 18:32-46, 19:2-20, 20:35-43, 23:7-12, 24:51-25:2, 27:5-32, 27:54-65, 28:24-38, 34:26-62, 35:4-31, 36:64-37:23, 40:30-52, 48:21-37, 51:63-52:8, 56:12-65, 58:54-59:47, 60:21-63, 63:22-32, 63:52-59, 64:1-65:2, 65:17-66:3, 69:36-65, 70:1-10, 70:29-59, 72:48-73:4, 78:42-79:3, 81:7-18, 82:34-47, 86:63-87:35, 88:49-89:10, 90:64-91:38, 92:1-15, 97:36-64, 110:39-111:34, 128:16-40, 136:50-137:17, 144:1-13, 145:13-23, 146:42-55, 147:1-31, 148:1-11, Figures 7, 8-12, 31. | |
| "hierarchical node network" | '042 Patent | **Proposed Construction**: a group of devices operating at different functional levels<br><br>**Supporting Intrinsic Evidence**: *See, e.g.*, '042 patent at 2:54-3:31, 3:47-51, 4:3-19, 4:50-53, 5:30-33, 5:59-62, 6:3-7, 6:44-55, 7:4-11, 7:37-40, 7:59-62, 8:11-18, 9:51-53, 9:61-63, 10:1-5, 10:14-17, 10:33-17:17, 34:48-57, 79:12-81:48, 108:38-55, | **Proposed Construction**: A network of nodes organized such that nodes in the network are at different levels and in which master nodes are associated with, and operative to manage and control, ID nodes<br><br>**Supporting Intrinsic Evidence**: *See, e.g.*, '042 patent – 10:65-11:4; 18:39-41; 36:67-37:2; 38:64-39:7. |

| | | | |
|---|---|---|---|
| | | 129:9-19, 172:5-174:35, 174:63-175:3, 182:4-42, 184:4-10, 216:59-218:23, 236:22-237:62, 240:47-241:34, 251:7-252:7, 252:10-254:65, Figures 1, 2, 9-12, 22A-C, 34A-D, 42, 45A-C, 54-56, 60A-B, 67A-D, 71, 75A-B, 93, 96, 98A-C, 101A-B, 2014-11-12 Original Application, 2017-04-06 Non-Final Rejection, 2017-10-05 Applicant's Reply. | |
| "master node" | '231 Patent<br><br>'042 Patent<br><br>'744 Patent<br><br>'199 Patent | **Proposed Construction**: a device used to perform one or more tasks as part of a network, including serving as a bridge to a server<br><br>**Supporting Intrinsic Evidence**:<br>*See, e.g.,* '231 patent at Abstract, 2:53-4:5, 11:12:43, 12:56-65, 13:17-14:67, 24:56-67, 25:20-29:23, 38:43-42:63, 53:50-54:41, 57:1-58:13, 58:57-59:60, 61:1-62:9, 66:63-67:52, 72:56-73:20, 78:17-42, 79:11-39, 82:59-83:9, 83:53-94:64, 95:25-67, 100:12-53, 104:40-54,105:11-21, 106:36-47, 108:36-111:9, 112:32-45, 117:32-119:14, 120:32-121:2, 122:6-123:19, 129:11-39, 130:5-63, 135:1-137:42, 137:64-138:54, 139:11- | **Proposed Construction**: A higher-level node in a hierarchical network that associates with a lower-level node, becoming operative to manage and control the lower-level node<br><br>**Supporting Intrinsic Evidence**:<br>*See, e.g.,* '042 patent – 11:41-46; 12:53-55<br><br>'744 patent – 63:50-60. |

|  |  | |  |
|--|--|--|--|
|  |  | 149:27, 150:9-158:42, 158:62-161:27, 161:48-162:17, 162:36-171:27, 171:50-55, 175:62-176:52, 180:15-45, 182:44-183:16, 184:65-185:9, 185:63-186:12, 187:27-188:34, 188:58-191:7, 191:53-192:3, 192:28-52, 193:15-53, 199:16-26, 199:66-200:10203:28-36, 204:46-61, 205:1-54, 208:27-60, 209:45-62, 211:36-47, 212:18-45, 213:8-216:44, 217:23-45, 218:30-219:4, 219:26-224:40, 225:15-24, 227:18-41, 228:33-229:12, 231:65-233:59, 234:55-235:21, 236:56-237:18, 238:60-239:25, 239:60-240:33, 241:44-242:49, 243:5-245:40, Figures 1, 2, 4, 9-16, 22A-C, 34A-D, 42, 45A-C, 48A-50B, 54-56, 60A-60B, 67A-D, 69A-B, 71, 75A-B, 80, 85A-86B, 91, 93, 96, 98A-98C, 101A-B;<br><br>'042 patent at Figures 1-4, 9-13, 15-17, 22A-C, 34A-D, 42, 45A-C, 48A-C, 49A-B, 50A-B, 54-56, 60A-B, 67A-D, 69A-B, 71, 75A-B, 80, 85A-B, 86A-B, 91, 93, 95, 96, 98A-C, 101A-B, 3:47-57, 4:3-22, 4:26-34, 4:50-53, 5:30-33, 5:59-62, 6:3-7, 6:81-32, 6:44-55, 7:4-11, 7:37-40, |  |

|  |  | 7:46-54, 7:59-62, 8:11-18, 8:36-40, 8:61-9:11, 9:42-46, 9:51-53, 9:58-63, 10:1-5, 10:14-17, 10:33-14:38, 18:56-19:21, 21:26-41, 25:10-28:8, 29:40-67, 30:9-35, 34:25-38, 35:2-29, 38:51-40:7, 40:25-37, 41:16-43:13, 44:52-63, 48:57-67, 49:50-62, 51:14-28, 54:3-55:7, 60:18-27, 60:1-57, 73:61-74:60, 79:33-80:57, 84:40-60, 85:9-26, 85:39-59, 86:47-58, 88:55-89:2, 91:7-29, 99:56-62, 101:55-102:4, 102:17-30, 106:45-59, 108:44-55, 112:27-40, 116:18-34, 120:9-16, 120:66-121:43, 122:62-123:12, 124:5-20, 128:55-129:19, 131:54-67, 138:9-62, 145:22-39, 161:1-12, 162:4-23, 164:55-165:3, 166:64-169:17, 171:21-49, 172:5-22, 184:39-185:2, 185:51-61, 189:31-42, 199:3-19, 204:8-19, 208:56-64, 210:9-25, 211:5-18, 217:6-15, 218:24-62, 225:29-43, 234:5-15, 2240:47-241:7, 242:44-60, 146:19-31, 246:41-55, 248:38-48, 250:45-251:6, 252:10-254:65.<br><br>'744 patent at 3:33-5:30, 9:13-12:42, 23:14-27:32, 34:15-62, 37:5-38:49, 39:28-41:32, 52:30-53:19, 55:52- |  |

| | | | |
|---|---|---|---|
| | | 56:67, 66:4-61, 77:45-58, 81:60-83:16, 91:15-94:6, 147:47-148:36, Figures 1, 2, 8, 9, 10,11, 12, 17, 22A-C, 34; ’199 patent at 3:33-7:3, 10:54-14:15, 24:52-29:3, 35:51-36:31, 38:41-40:18, 40:64-43:3, 54:6-62, 57:26-58:42, 67:46-68:36, 79:22-35, 83:36-84:59, 92:56-95:48, 149:32-150:21, Figures 1, 2, 8, 9, 10,11, 12, 17, 22A-C, 34. | |
| "ID node" | ’231 Patent<br><br>’042 Patent<br><br>’744 Patent<br><br>’199 Patent | **Proposed Construction**: a device used to perform one or more tasks as part of a network<br><br>**Supporting Intrinsic Evidence**: *See, e.g.*, ’231 patent at Abstract, 2:53-4:5, 11:1-20, 11:47-12:28, 12:56-18:30, 23:62-25:28, 37:32-42:63, 48:43-59, 61:1-62:14, 168:24-39, 169:1-23, 170:33-59, Figures 1-3, 9-16, 22A-C, 34A-D, 42, 45A-C, 48A-50B, 54-56, 60A-60B, 67A-D, 69A-B, 71, 75A-B, 80, 85A-86B, 91, 93, 95, 96, 98A-98C, 101A-B; | **Proposed Construction**: A lower-level node in a hierarchical network that associates with a higher-level node wherein the higher-level node becomes operative to manage and control it<br><br>**Supporting Intrinsic Evidence**: *See, e.g.*, '231 patent – 11:4-7<br><br>'042 patent – 11:41-46. |

| | | | |
|---|---|---|---|
| | | '042 patent at 3:47-57, 4:3-22, 4:26-34, 4:50-53, 5:30-33, 5:59-62, 6:3-7, 6:81-32, 6:44-55, 7:4-11, 7:37-40, 7:46-54, 7:59-62, 8:11-18, 8:36-40, 8:61-9:11, 9:42-46, 9:51-53, 9:58-63, 10:1-5, 10:14-17, 10:33-17:17, 18:1-6, 24:3-37, 24:63-25:9, 30:9-23, 37:40-38:58, 39:33-56, 40:8-24, 41:58-42:4, 42:41-60, 57:58-65, 74:5-24, 82:1-9, 82:36-54, 84:40-51, 91:30-40, 94:46-54, 100:62-101:14, 106:45-107:28, 112:26-40, 120:66-121:25, 138:63-139:3, 139:62-140:20, 141:32-47, 172:22-38, 172:56-174:25, 174:50-62, 196:36-54, 196:65-197:12, 212:44-213:4, 224:5-28, 238:19-38, 239:1-13, 242:44-60, 243:30-45, 246:7-18, 248:16-37, 252:10-254:65, Figures 1-4, 9-13, 15-17, 22A-C, 34A-D, 42, 45A-C, 48A-C, 49A-B, 50A-B, 54-56, 60A-B, 67A-D, 69A-B, 71, 75A-B, 80, 85A-B, 86A-B, 91, 93, 95, 96, 98A-C, 101A-B;<br><br>'744 patent at 3:33-5:30, 9:13-15:22, 22:22-23:12, 36:5-41:32, 52:30-53:19, 59:65-66:61, 80:11-83:16, | |

| | | | |
|---|---|---|---|
| | | 91:15-94:6, Figures 1, 2, 8, 9, 10,11, 12, 17, 22A-C, 34;<br><br>'199 patent at 3:33-7:3, 10:54-16:61, 23:60-24:50, 35:51-36:31, 37:41-43:3, 54:6-62, 61:39-68:36, 81:54-84:59, 92:56-95:48, Figures 1, 2, 8-12, 17, 22A-C, 34. | |
| "confidence rating" | '199 Patent | **Proposed Construction**: A relevance indicator<br><br>**Supporting Intrinsic Evidence**: *See, e.g.*, '199 patent at Abstract, 3:55-4:23, 4:47-5:13, 5:44-63, 147:25-54, 148:53-149:31, 150:22-59, 186:30-35 (claim 1), 188:9-21 (claim 21), 188:66-189:3 (claim 22). | **Proposed Construction**: A measure of likelihood<br><br>**Supporting Intrinsic Evidence**: *See, e.g.*, '199 patent 4:10-15; 5:51-55. |
| "event detection engine code" | '744 Patent<br><br>'199 Patent | **Proposed Construction**: Plain and ordinary meaning; *e.g.*, code for identifying possible events<br><br>**Supporting Intrinsic Evidence**: *See, e.g.*, '744 patent at 4:1-21, 4:41-60, 91:15-21, 92:1-15, Figure 35;<br><br>'199 patent at 3:55-4:23, 92:56-62, 93:42-56, Figure 35. | **Proposed Construction**: A code that functions to selectively report a volume of signals sent to the server based on the identification of particular events within a stream of signals<br><br>**Supporting Intrinsic Evidence**: *See, e.g.*, '744 patent – 4:1-5; 88:23-25; 88:49-50; Fig. 34. |